UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE R. KENTON MUSGRAVE, SENIOR JUDGE

| | | |
|---|---|---|
| MERIDIAN PRODUCTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v . | ) | Court No. 13-00018 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S NOTICE  OF  APPEAL</u>

Notice is hereby given that defendant, the United States, appeals to the United States

Court of Appeals for the Federal Circuit from the Court's final judgment of January 20,

2016.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director


/S/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/TARA K. HOGAN
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-2228
Fax: (202) 305-7643

March 18, 2016                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2016, I caused the foregoing "NOTICE OF APPEAL" to be filed and served electronically. I also caused the foregoing "NOTICE OF APPEAL" to be served by United States Mail (First Class/Postage Prepaid) upon:

Daniel J. Cannistra
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004


_____ /s/Tara K. Hogan _____

APPEAL,TERMINATED

# U.S. Court of International Trade
# LIVE Database (New York)
# CIT DOCKET FOR CASE #: 1:13-cv-00018-RKM
# Internal Use Only

Meridian Products LLC v. United States
**Assigned to:** R. Kenton Musgrave
**Lead Docket:**

**Jurisdiction:**
28USC § 1581(c) Antidumping or
Countervailing Duty Determination(s)

**Category:**
Determination on Class or Kind of
Merchandise 19USC § 1516a(a)(2)(B)(vi)

**Agency:**
U.S. Department of Commerce

**Date Filed:** 01/10/2013
**Jury Demand:** No

**Date Terminated:**
01/20/2016

**Date Reopened:** 06/23/2015

**Does this action raise an
issue of constitutionality?:** N

**Product Description:**
Refrigerator/Freezer trim kits

**Export Country:**
China

**Plaintiff**
**Meridian Products LLC**              represented by **Daniel J. Cannistra**
                                                       Crowell & Moring, LLP

1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
(202) 624-2902
Fax: (202) 628-5116
Email:
dcannistra@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
***REGISTERED***
***CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Richard Peter Massony**
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
(202) 624-2657
Fax: (202) 628-5116
Email:
rmassony@crowell.com
*(Inactive)*
*ATTORNEY TO BE*
*NOTICED*
***REGISTERED***
***CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Defendant**

**United States**                    represented by **Aimee Lee**
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
Suite 346

New York, NY 10278
(212) 264-9253
Fax: (212) 264-1916
Email: aimee.lee@usdoj.gov
*LEAD ATTORNEY*
*REGISTERED*
*CONFIDENTIAL FILER*
*ATTORNEY IN SEALED*
*GROUP*
*Bar Status: ACTIVE*

**Jessica Marie Link**
Of Counsel
U.S. Department of
Commerce
1401 Constitution Avenue,
NW.
Room 4610
Washington, DC 20230-0001
(202) 482-1411
Fax: (202) 482-4912
Email:
jessica.forton@trade.gov
*ATTORNEY TO BE*
*NOTICED*
*REGISTERED*
*CONFIDENTIAL FILER*
*ATTORNEY IN SEALED*
*GROUP*
*Bar Status: ACTIVE*

**Joanna Victoria Theiss**
Of Counsel
U.S. Department of
Commerce
Office of Chief Counsel for
Trade Enforcement &

Compliance
1401 Constitution Avenue, NW.
Room 3622
Washington, DC 20230-0001
(202) 482-5052
Fax: (202) 501-8045
Email:
joanna.theiss@trade.gov
*TERMINATED: 07/03/2014*
*REGISTERED*
*CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Tara Kathleen Hogan**
U.S. Department of Justice
Commerical Litigation
Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-2228
Fax: (202) 305-7643
Email: tara.hogan@usdoj.gov
*ATTORNEY TO BE*
*NOTICED*
*REGISTERED*
*CONFIDENTIAL FILER*
*ATTORNEY IN SEALED*
*GROUP*
*Bar Status: ACTIVE*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/10/2013 | 1 | |

| | | Summons . Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 01/10/2013) |
|---|---|---|
| 01/10/2013 | 2 | Form 5 Information Statement . Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 01/10/2013) |
| 01/10/2013 | 3 | Form 13 Corporate Disclosure Statement . Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 01/10/2013) |
| 01/10/2013 | 4 | Complaint against United States. Administrative Record due by 2/25/2013. Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC.(Cannistra, Daniel) (Entered: 01/10/2013) |
| 01/10/2013 | 5 | Certificate of service (related document(s) 4 ). Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 01/10/2013) |
| 01/11/2013 | 6 | Summons served by Clerk's Office upon Plaintiff and appropriate Government Agency/Agencies . (Benbow, Troy) (Entered: 01/11/2013) |
| 01/25/2013 | 7 | Form 11 Notice of Appearance . Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States.(Hogan, Tara) (Entered: 01/25/2013) |
| 02/12/2013 | 8 | Form 11 Notice of Appearance . Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States.(Theiss, Joanna) (Entered: 02/12/2013) |
| 02/13/2013 | 9 | Order entered on 2/13/2013 assigning action to Judge R. Kenton Musgrave.(Demb, Rebecca) (Entered: 02/13/2013) |
| 02/19/2013 | 10 | |

| | | Administrative record for U.S. Department of Commerce filed . Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Analyst Certification, # 2 Index, # 3 Final Scope Ruling)(Theiss, Joanna) (Entered: 02/19/2013) |
| --- | --- | --- |
| 03/13/2013 | 11 | Form 11 Notice of Appearance . Filed by Richard Peter Massony of Crowell & Moring, LLP on behalf of Meridian Products LLC.(Massony, Richard) (Entered: 03/13/2013) |
| 03/22/2013 | 12 | Consent Joint status report . Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 03/22/2013) |
| 04/12/2013 | 13 | Motion to remand case . Responses due by 5/1/2013. Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC.(Cannistra, Daniel) (Entered: 04/12/2013) |
| 05/01/2013 | 14 | Response *in opposition* to motion *for remand* (related document(s) 13 ). Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Attachments: # 1 Proposed Order)(Hogan, Tara) (Entered: 05/01/2013) |
| 05/02/2013 | 🔒 | (Court only) Documents have been submitted to chambers. *motion to remand* (related document(s) 13 ). Documents are Non-Dispositive. Action required by 6/3/2013. (Demb, Rebecca) (Entered: 05/02/2013) |
| 05/10/2013 | 15 | Status report . Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Hogan, Tara) (Entered: 05/10/2013) |
| 06/17/2013 | 16 | Order entered on 6/17/2013, Slip Op. 13-75. It is therefore ORDERED:1. That this action is hereby remanded to Commerce for reconsideration of the finished goods scope exclusion of the Orders with |

| | | regard to plaintiffs trim kits; 2. That Commerce shall reopen the record and permit plaintiff to submit arguments no later than 15 days after the date of this order as to why its trim kits satisfy the finished goods exclusion under the Valves Ruling and the remands in the Drapery and Auto Parts cases; 3. That Commerce shall submit its remand results no later than 60 days after the date of this order.SO ORDERED. (related document(s) 13 ).(Love, Cynthia) (Entered: 06/17/2013) |
|---|---|---|
| 06/17/2013 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Order entered on 6/17/2013, Slip Op. 13-75.* (related document(s) 16 ). (Love, Cynthia) (Entered: 06/17/2013) |
| 08/15/2013 | 17 | Remand results filed by U.S. Department of Commerce . Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Final Results of Redetermination Pursuant to Remand) (Theiss, Joanna) (Entered: 08/15/2013) |
| 08/22/2013 | 18 | Administrative record for U.S. Department of Commerce filed . Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Analyst certification, # 2 Remand record index)(Theiss, Joanna) (Entered: 08/22/2013) |
| 09/03/2013 | 19 | Proposed scheduling order *for comments on final resutls of redetermination.* Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 09/03/2013) |
| 09/04/2013 | 🔒 | (Court only) Documents have been submitted to chambers. *Proposed scheduling order for comments on final resutls of redetermination.* (related document(s) 19 ). Documents are Non-Dispositive. Action required by 10/4/2013. (Love, Cynthia) (Entered: 09/04/2013) |
| 09/04/2013 | 20 | |

| | | |
|---|---|---|
| | | Scheduling Order entered on 9/4/2013:Plaintiff's Comments on Remand Results due by 9/13/2013. Defendant's Reply on Comments on Remand Results due by 9/27/2013.(Love, Cynthia) (Entered: 09/04/2013) |
| 09/04/2013 | | (Court only) Action on documents submitted to chambers has been accomplished. *Scheduling Order entered on 9/4/2013* (related document(s) 20 ). (Love, Cynthia) (Entered: 09/04/2013) |
| 09/13/2013 | 21 | Comments on remand results (related document(s) 20 ). Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (ENTERED IN ERROR) Modified on 9/13/2013 (Love, Cynthia). (Entered: 09/13/2013) |
| 09/13/2013 | 22 | Corrected Comments on remand results (related document(s) 20 ). Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) Modified on 9/13/2013 (Love, Cynthia). (Entered: 09/13/2013) |
| 09/27/2013 | 23 | Reply to comments on remand results (related document (s) 22 ). Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Hogan, Tara) (Entered: 09/27/2013) |
| 09/30/2013 | | (Court only) Documents have been submitted to chambers. *Remand results filed by U.S. Department of Commerce* (related document(s) 17 , 22 , 23 ). (Documents are Dispositive. Action due by 11/29/2013). (Taronji, Steve) (Entered: 09/30/2013) |
| 12/12/2013 | 24 | Order entered on 12/12/2013 Ordered: Deft to file document number 11 from administrative record filed on 8/22/2013 by 12/20/2013..(Demb, Rebecca) (Entered: 12/12/2013) |
| 12/12/2013 | | (Court only) Action on documents submitted to chambers has been accomplished. *further documents* |

| | | |
|---|---|---|
| | | *requested* (related document(s) <u>24</u> ). (Demb, Rebecca) (Entered: 12/12/2013) |
| 12/17/2013 | <u>25</u> | Administrative record for U.S. Department of Commerce filed . Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States. (Attachments: # <u>1</u> Document Number 11) (Theiss, Joanna) (Entered: 12/17/2013) |
| 01/02/2014 | 🔒 | (Court only) Documents have been submitted to chambers. *Remand Results* (related document(s) <u>23</u> , <u>17</u> , <u>22</u> , <u>21</u> ). (Documents are Dispositive. Action due by 3/3/2014). (Love, Cynthia) (Entered: 01/02/2014) |
| 03/26/2014 | <u>26</u> | Order entered on 3/26/2014, Slip opinion: 14-32. As it stands, the administrative redetermination that the Trim Kits do not constitutea finished goods kit excluded from the scope of the antidumping and countervailing duty orders on aluminum extrusions from the Peoples Republic of China relies upon incomplete analysis that is in conflict with substantial evidence of record. See Yangzhou Bestpak Gifts & Crafts Co., Ltd. v. United States, 716 F.3d at 1378, see also Universal Camera Corp. v. NLRB, 340 U.S. 474, 477(1951). The matter must therefore be, and hereby is, remanded again. On remand, Commerce shall proceed from a clean slate on the question of whether the Trim Kits fall within the scope of the Orders, fully taking into account the prior relevant scope rulings in accordance with the foregoing. Commerce shall submit its remand results no later than 60 days after the date of this order, and the parties shall submit their proposed scheduling order(s) for comments on the second remand resultsw ithin 10 days thereafter. So ordered. (related document(s) <u>13</u> ) Remand Results due by 5/27/2014..(Love, Cynthia) (Entered: 03/26/2014) |
| 03/26/2014 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Order entered on* |

| | | |
|---|---|---|
| | | *3/26/2014, Slip opinion: 14-32.* (related document(s) 26 ). (Love, Cynthia) (Entered: 03/26/2014) |
| 05/20/2014 | 27 | Consent Motion for extension of time until 6/26/2014 to *file results of remand redetermination* (related document (s) 26 ). Responses due by 6/9/2014. Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Hogan, Tara) (Entered: 05/20/2014) |
| 05/20/2014 | | (Court only) Documents have been submitted to chambers. *Consent Motion for extension of time until 6/26/2014 to file results of remand redetermination* (related document(s) 27 ). Documents are Non-Dispositive. Action required by 6/19/2014. (Love, Cynthia) (Entered: 05/20/2014) |
| 05/21/2014 | 28 | Order entered on 5/21/2014 granting Motion for extension of time (Related Doc # 27 ). Commerce's Second Remand Results due by 6/26/2014. Ordered that the parties shall submit their proposed scheduling order for comments on the second remand results no later than July 7, 2014. (Love, Cynthia) (Entered: 05/21/2014) |
| 05/21/2014 | | (Court only) Action on documents submitted to chambers has been accomplished. *Order entered on 5/21/2014 granting Motion for extension of time* (related document(s) 28 ). (Love, Cynthia) (Entered: 05/21/2014) |
| 06/17/2014 | 29 | Remand results filed by U.S. Department of Commerce . Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Final Results of Redetermination)(Theiss, Joanna) (Entered: 06/17/2014) |
| 06/18/2014 | 30 | Administrative record for U.S. Department of Commerce filed . Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Analyst certification, # 2 |

| | | Index AD, # 3 Index CVD)(Theiss, Joanna) (Entered: 06/18/2014) |
|---|---|---|
| 06/25/2014 | 31 | Proposed scheduling order . Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 06/25/2014) |
| 06/25/2014 | 🔒 | (Court only) Documents have been submitted to chambers. *Proposed scheduling order* (related document (s) 31 ). Documents are Non-Dispositive. Action required by 7/25/2014. (Taronji, Steve) (Entered: 06/25/2014) |
| 07/03/2014 | 32 | Form 18A Notification of Termination of Government Attorney Access to Business Proprietary Information on behalf of *Joanna Theiss*. Filed by Joanna Victoria Theiss of U.S. Department of Commerce on behalf of United States. (Theiss, Joanna) (Entered: 07/03/2014) |
| 07/07/2014 | 33 | Order entered on 7/7/2014, Scheduling Order: 1. Plaintiff shall file its comments no later than July 15, 2014. 2. Defendant shall file its response to Plaintiff's comments no later than August 1, 2014. The Clerk of the Court is directed to forward copies of this Scheduling Order to counsel for all parties.(Taronji, Steve) (Entered: 07/07/2014) |
| 07/07/2014 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Scheduling Order Issued* (related document(s) 33 ). (Taronji, Steve) (Entered: 07/07/2014) |
| 07/14/2014 | 34 | Form 11 Notice of Appearance . Filed by Jessica Marie Forton of U.S. Department of Commerce on behalf of United States.(Forton, Jessica) (Entered: 07/14/2014) |
| 07/15/2014 | 35 | Motion to remand case and Plaintiff's comments in response to second redetermination upon remand . Responses to Motion to Remand due by 8/18/2014. Defendant's response to plaintiff's comments due on |

| | | 8/1/2014. Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) Modified on 7/15/2014 (Taronji, Steve). Modified on 7/22/2014 (Love, Cynthia). Modified on 7/28/2014 (Love, Cynthia). (Entered: 07/15/2014) |
|---|---|---|
| 07/31/2014 | 36 | Unopposed Motion for extension of time until 8/8/2014 to *file response to plaintiff's comments on remand results*. Responses due by 8/19/2014. Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Attachments: # 1 Proposed Order) (Hogan, Tara) (Entered: 07/31/2014) |
| 08/01/2014 | 🔒 | (Court only) Documents have been submitted to chambers. *Consent Motion for extension of time to respond to Plaintiff's Remand Comments* (related document(s) 36 ). Documents are Non-Dispositive. Action required by 9/2/2014. (Goell, Geoffrey) (Entered: 08/01/2014) |
| 08/01/2014 | 37 | Order entered on 8/1/2014 granting Consent Motion for extension of time (Related Doc # 36 ). Response on Comments on Remand Results due by 8/8/2014. (Goell, Geoffrey) (Entered: 08/01/2014) |
| 08/01/2014 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Order granting Motion for extension of time to respond to remand comments* (related document(s) 37 ). (Goell, Geoffrey) (Entered: 08/01/2014) |
| 08/08/2014 | 38 | Reply to comments on remand results (related document (s) 29 ). Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Attachments: # 1 Exhibit Preliminary Scope Determination Memorandum)(Hogan, Tara) (Entered: 08/08/2014) |
| 08/20/2014 | 🔒 | |

| | | |
|---|---|---|
| | | (Court only) Documents have been submitted to chambers. *Remand results* (related document(s) 38 , 29 , 35 ). (Documents are Dispositive. Action due by 10/20/2014). (Goell, Geoffrey) (Entered: 08/20/2014) |
| 08/20/2014 | | (Court only) Documents have been submitted to chambers. *Motion to Remand Case.* (related document (s) 35 ). Documents are Non-Dispositive. Action required by 9/19/2014. (Goell, Geoffrey) (Entered: 08/20/2014) |
| 08/26/2014 | | (Court only) Action on documents submitted to chambers has been accomplished. *Motion will be addressed in opinion on remand results* (related document(s) 35 ). (Goell, Geoffrey) (Entered: 08/26/2014) |
| 09/12/2014 | 39 | Amended Form 11 Notice of Appearance . Filed by Jessica Marie Link of U.S. Department of Commerce on behalf of United States.(Link, Jessica) (Entered: 09/12/2014) |
| 09/12/2014 | 40 | Administrative record for U.S. Department of Commerce filed *Requested Documents from Administrative Record*. Filed by Jessica Marie Link of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Draft Remand Results, # 2 Meridian Comments, # 3 Petitioner Comments)(Link, Jessica) (Entered: 09/12/2014) |
| 09/15/2014 | | (Court only) Action on documents submitted to chambers has been accomplished. *additional documents requsted* (related document(s) 40 ). (Goell, Geoffrey). (Entered: 09/15/2014) |
| 09/15/2014 | | (Court only) Documents have been submitted to chambers. *remand results (Additional documents filed by Commerce)* (related document(s) 40 ). (Documents are Dispositive. Action due by 11/14/2014). (Goell, Geoffrey) (Entered: 09/15/2014) |

| 09/24/2014 | 41 | Notice of Supplemental Authority filed. . Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC.(Cannistra, Daniel) (Entered: 09/24/2014) |
| 10/08/2014 | 42 | Motion for leave to *file response to notice of supplemental authority* (related document(s) 41 ). Responses due by 10/27/2014. Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Attachments: # 1 Exhibit)(Hogan, Tara) (Entered: 10/08/2014) |
| 10/09/2014 | 🔒 | (Court only) Documents have been submitted to chambers. *Motion for leave to file a response to Notice* (related document(s) 42 ). Documents are Non-Dispositive. Action required by 11/10/2014. (Goell, Geoffrey) (Entered: 10/09/2014) |
| 10/09/2014 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Motion for Leave to Respond to Supplemental Authority* (related document(s) 42 ). (Goell, Geoffrey). (Entered: 10/09/2014) |
| 10/09/2014 | 43 | Order entered on 10/9/2014 granting Motion for leave to file a response to Plaintiff's Notice of Supplemental Authority. (Related Doc # 42 ). (Goell, Geoffrey) (Entered: 10/09/2014) |
| 10/09/2014 | 44 | Defendants Response to Meridian's Notice of Supplemental Authority deemed filed. . (Goell, Geoffrey). (Entered: 10/09/2014) |
| 10/09/2014 | 🔒 | (Court only) Documents have been submitted to chambers. *Remand Results* (related document(s) 43 ). (Documents are Dispositive. Action due by 12/8/2014). (Goell, Geoffrey) (Entered: 10/09/2014) |
| 10/24/2014 | 45 | Motion for leave to *file a reply to Defendant's resposne to Meridian's Notice of Supplemental Authority* (related document(s) 44 ). Responses due by 11/12/2014. Filed by Daniel J. Cannistra of Crowell & Moring, LLP on |

| | | |
|---|---|---|
| | | behalf of Meridian Products LLC. (Attachments: # 1 Reply)(Cannistra, Daniel) (Entered: 10/24/2014) |
| 10/24/2014 | 🔒 | (Court only) Documents have been submitted to chambers. *Motion for Leave to file a reply* (related document(s) 45 ). Documents are Non-Dispositive. Action required by 11/24/2014. (Goell, Geoffrey) (Entered: 10/24/2014) |
| 10/28/2014 | 46 | Order entered on 10/28/2014 granting Motion for leave to file a Reply to Defendant's Response to Plaintiff's Notice of Supplemental Authority. (Related Doc # 45 ). (Goell, Geoffrey) (Entered: 10/28/2014) |
| 10/28/2014 | 47 | Plaintiff's Reply to Defendant's Response to Notice of Supplemental Authority *deemed filed 10/28/2014* (Goell, Geoffrey). (Entered: 10/28/2014) |
| 10/28/2014 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Order issued* (related document(s) 46 ). (Goell, Geoffrey) (Entered: 10/28/2014) |
| 10/28/2014 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Motion for Leave to file a Reply to Defendant's Response to Plaintiff's Notice of Supplemental Authority.* (Goell, Geoffrey). (Entered: 10/28/2014) |
| 10/28/2014 | 🔒 | (Court only) Documents have been submitted to chambers. *Remand Results* (related document(s) 46 ). (Documents are Dispositive. Action due by 12/29/2014). (Goell, Geoffrey) (Entered: 10/28/2014) |
| 12/29/2014 | 48 | Order entered on 12/29/2014. Slip Op. 14-158 Sustaining second results of remand on scope of antidumping and countervailing duty orders on aluminum extrusions from the People's Republic of China as to "trim kits". related document(s) 38 , 41 , 29 , 47 , 35 , 44 ).(Goell, Geoffrey) (Entered: 12/29/2014) |
| | | |

| 12/29/2014 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Slip Op. 14-158* (related document(s) 48 ). (Goell, Geoffrey) (Entered: 12/29/2014) |
| 12/29/2014 | 49 | Order entered on 12/29/2014. Judgment issued. ORDERED: that Plaintiff's motion for third remand be, and hereby is, denied; and it is further ORDERED: that Commerce's Final Results of Redetermination Pursuant to Remand, Meridian Products, LLC v. United States, Court No. 13-00018 dated June 17, 2014, be, and hereby are, sustained. (related document(s) 48 ).(Goell, Geoffrey) (Entered: 12/29/2014) |
| 01/28/2015 | 50 | Motion for reconsideration *of the Court's Order in Slip Op. 14-158* (related document(s) 49 , 48 ). Response to Dispositive Motion due by 3/4/2015. Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC.(Cannistra, Daniel) (Entered: 01/28/2015) |
| 03/04/2015 | 51 | Response to motion *for reconsideration* (related document(s) 50 ). Reply to Response due by 3/23/2015. Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States.(Hogan, Tara) Modified on 3/5/2015 (Goell, Geoffrey). (Entered: 03/04/2015) |
| 03/24/2015 | 🔒 | (Court only) Documents have been submitted to chambers. *Motion for Reconsideration* (related document(s) 50 ). (Documents are Dispositive. Action due by 5/26/2015). (Goell, Geoffrey) (Entered: 03/24/2015) |
| 04/15/2015 | 52 | Form 11 Notice of Appearance . Filed by Aimee Lee of U.S. Department of Justice on behalf of United States. (Lee, Aimee) (Entered: 04/15/2015) |
| 06/23/2015 | 53 | Order entered on 6/23/2015 Slip opinion: 15-67 Granting plaintiff's motion for reconsideration, vacating |

| | | |
|---|---|---|
| | | judgment, and remanding to Commerce a third time. (related document(s) <u>50</u> ) Remand Results due by 8/24/2015. Within ten (10) days of the docketing of those results, the parties shall confer and submit a joint proposed scheduling order or separate proposed scheduling orders governing further proceedings on this matter.(Demb, Rebecca) (Entered: 06/23/2015) |
| 06/23/2015 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *slip op issued* (related document(s) <u>53</u> ). (Demb, Rebecca) (Entered: 06/23/2015) |
| 07/02/2015 | <u>54</u> | Errata filed for slip opinion 15-67 (related document(s) <u>53</u> ). (Demb, Rebecca) (Entered: 07/02/2015) |
| 08/18/2015 | <u>55</u> | Consent Motion for extension of time until 10/8/2015 to *file remand results of U.S. Department of Commerce* (related document(s) <u>53</u> ). Responses due by 9/8/2015. Filed by Aimee Lee of U.S. Department of Justice on behalf of United States.(Lee, Aimee) (Entered: 08/18/2015) |
| 08/19/2015 | 🔒 | (Court only) Documents have been submitted to chambers. *EOT* (related document(s) <u>55</u> ). Documents are Non-Dispositive. Action required by 9/18/2015. (Demb, Rebecca) (Entered: 08/19/2015) |
| 08/20/2015 | <u>56</u> | Order entered on 8/20/2015, granting consent Motion for extension of time. ORDERED that the Department of Commerce shall file the results of this remand with the Court no later than October 8, 2015. ORDERED that within 10 days of the docketing of those results, the parties shall confer and submit a joint proposed scheduling order or separate proposed scheduling orders governing further proceedings on this matter. (Related Doc # <u>55</u> ). (Taronji, Steve) (Entered: 08/20/2015) |
| 08/20/2015 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *granting consent* |

| | | |
|---|---|---|
| | | *Motion for extension of time.* (related document(s) 56 ). (Taronji, Steve) (Entered: 08/20/2015) |
| 10/06/2015 | 57 | Consent Motion for extension of time until 10/29/2015 to *file remand results.* Responses due by 10/26/2015. Filed by Aimee Lee of U.S. Department of Justice on behalf of United States.(Lee, Aimee) (Entered: 10/06/2015) |
| 10/06/2015 | 🔒 | (Court only) Documents have been submitted to chambers. *Consent EOT motion* (related document(s) 57 ). Documents are Non-Dispositive. Action required by 11/5/2015. (Goell, Geoffrey) (Entered: 10/06/2015) |
| 10/06/2015 | 58 | Order entered on 10/6/2015 granting Motion for extension of time to file remand results. within ten (10) days of docketing those remand results, the parties shall confer and submit a joint proposed scheduling order or separate proposed scheduling orders governing further proceedings on this matter. (Related Doc # 57 ). Remand Results due by 10/29/2015. (Goell, Geoffrey) (Entered: 10/06/2015) |
| 10/06/2015 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Order issued* (related document(s) 58 ). (Goell, Geoffrey) (Entered: 10/06/2015) |
| 10/29/2015 | 59 | Remand results filed by U.S. Department of Commerce . Filed by Jessica Marie Link of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Remand Redetermination)(Link, Jessica) (Entered: 10/29/2015) |
| 11/09/2015 | 60 | Joint Response to Court's Request/Order *dated October 6, 2015.* Filed by Daniel J. Cannistra of Crowell & Moring, LLP on behalf of Meridian Products LLC. (Cannistra, Daniel) (Entered: 11/09/2015) |
| 11/10/2015 | 🔒 | (Court only) Documents have been submitted to chambers. *Joint Status Report W/ proposed order* |

| | | |
|---|---|---|
| | | *sustaining remand results* (related document(s) <u>59</u> , <u>60</u> ). Documents are Dispositive. Action required by 1/11/2016. (Goell, Geoffrey) (Entered: 11/10/2015) |
| 01/20/2016 | <u>61</u> | Order entered on 1/20/2016; Slip Op. 16-5 Sustaining third results of remand of scope determination related to anti-dumping and countervailing duty orders on aluminum extrusions from the People's Republic of China (related document(s) <u>59</u> , <u>60</u> ).(Goell, Geoffrey) (Entered: 01/20/2016) |
| 01/20/2016 | <u>62</u> | Order entered on 1/20/2016; Judgment Order issued (related document(s) <u>61</u> ).(Goell, Geoffrey) (Entered: 01/20/2016) |
| 01/20/2016 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Slip Op. 16-5 issued* (related document(s) <u>61</u> ). (Goell, Geoffrey) (Entered: 01/20/2016) |
| 03/18/2016 | <u>63</u> | Notice of Appeal of Judgment of 1/20/16 filed. (related document(s) <u>62</u> ). Filed by Tara Kathleen Hogan of U.S. Department of Justice on behalf of United States. (Hogan, Tara) (Entered: 03/18/2016) |

Slip Op. 16 - 5

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| MERIDIAN PRODUCTS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Before: R. Kenton Musgrave, Senior Judge |
| | : | Court No. 13-00018 |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

## OPINION

[Sustaining third results of remand of scope determination related to anti-dumping and countervailing duty orders on aluminum extrusions from the People's Republic of China.]

Decided:  January 20, 2016

*Daniel Cannistra* and *Richard P. Massony*, Crowell & Moring LLP, of Washington DC, for the plaintiff.

*Aimee Lee*, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of Washington DC, for the defendant.  On the joint status report were *Benjamin C. Mizer*, Principal Deputy Assistant Attorney General, *Jeanne E. Davidson*, Director, and *Reginald T. Blades, Jr.*, Assistant Director.  Of counsel was *Jessica M. Link*, Attorney, Office of the Chief Counsel for Trade Enforcement and Compliance, U.S. Department of Commerce, of Washington DC.

Musgrave, Senior Judge:    This opinion addresses the *Final Results of Redetermination Pursuant to Court Remand, Meridian Products, LLC v. United States*, Court No. 13-0018 (Oct. 29, 2015) ("Third Remand" or "RR") of the International Trade Administration of the U.S. Department of Commerce ("Commerce"), pursuant to *Meridian Products, LLC v. United States*, Court No. 13-00018, Slip Op. 15-67 (June 23, 2015) ("*Meridian IV*"), familiarity with which is

presumed. The Third Remand results readdress whether the plaintiff's "Trim Kits" are within the

scope of the unfair trade *Orders* on subject merchandise.[1]  On remand, Commerce determined that

the Trim Kits were excluded from the *Orders* as finished goods kits because at the time of

importation they contained all the parts necessary to assemble a final finished good.  Commerce did

so under protest "because it appears that the [c]ourt's instructions resulted in a tension between the

[c]ourt's holding and the plain language of the scope of the *Orders*."  RR at 10-11; *see also* RR at

12.  For the following reasons, the Third Remand results will be sustained.

Following *Meridian IV*, the analysis of the Third Remand begins by quoting the scope

language of the *Orders*,[2] then quoting the finished goods kit exclusionary language,[3] and then

quoting the "fasteners exception" language to the finished goods kit exclusion.[4]  Commerce's

respectful disagreement with *Meridian IV* is that its interpretation of the fasteners exception "renders

this language nearly null", RR at 13, in that (1) it goes without saying that an aluminum extrusion

---

[1] *Aluminum Extrusions from the People's Republic of China: Antidumping Duty Order*, 76 Fed. Reg. 30650 (May 26, 2011) and *Aluminum Extrusions from the People's Republic of China: Countervailing Duty Order*, 76  Fed. Reg. 30653 (May 26, 2011) ("*Orders*").

[2] "Subject extrusions may be identified with reference to their end use, such as fence posts, electrical conduits, door thresholds, carpet trim, or heat sinks (that do not meet the finished heat sink exclusionary language below). Such goods are subject merchandise if they otherwise meet the scope definition, regardless of whether they are ready for use at the time of importation."

[3] "The scope also excludes finished goods containing aluminum extrusions that are entered unassembled in a 'finished goods kit.' A finished goods kit is understood to mean a packaged combination of parts that contains, at the time of importation, all of the necessary parts to fully assemble a final finished good and requires no further finishing or fabrication, such as cutting or punching, and is assembled 'as is' into a finished product."

[4] "An imported product will not be considered a 'finished goods kit' and therefore excluded from the scope of the investigation merely by including fasteners such as screws, bolts, etc. in the packaging with an aluminum extrusion product."

product that does not otherwise meet the scope-exclusion requirements cannot be considered a

finished goods kit, regardless of whether the product includes fasteners, and (2) in order "[t]o give

meaning to the fasteners exception[,] there must be some importance [attached] to whether or not

the product merely includes fasteners along with an aluminum extrusion product as it relates to the

finished goods kit exclusion", RR at 13, which is indeed the import of *Meridian IV*.   Commerce

interprets this "to mean that the inclusion of fasteners alone cannot convert an aluminum extrusion

product that is not already a 'combination of parts' into a 'combination of parts' that qualifies for

the finished good kits exception." *Id*.  That is true.  However, from that proposition Commerce then

makes the curious case that

> [u]nder this interpretation, an "aluminum extrusion product" within the meaning of
> the fasteners exception would mean an aluminum extrusion product that is not a
> "combination of parts," *i.e.*, possibly is a single part.  Such an interpretation renders
> the fasteners exception nearly null given such limited application.

RR at 13-14.

The court fails to understand why that would be the case, *i.e.*, why it would be

reasonable to argue that a single part shipped with mere fastener(s) is a "kit"?

Commerce also voices concern that merchandise in assembled form that is covered

under the scope of the *Orders* should, all else being equal, also be subject to the *Orders* upon entry

in kit form, and it argues that *Meridian IV* "reads out of the scope language that subject extrusions

include such merchandise as door thresholds and carpet trim as well as other merchandise, such as

heat sinks (that do not meet the finished heat sink exclusionary language) and fence posts, that

consist of extruded aluminum profiles, regardless of whether such products are 'ready for use at the

time of importation.' " RR at 14.  Whether it would ever be reasonable to determine such explicitly-

Court No. 13-00018                                                                                    Page 4

named products, if imported unassembled, as "finished goods kits" is not the subject of this case, the

subject here being to give effect to the full and plain language of the scope of the *Orders* without

rendering the finished goods kit exception "nearly null."

   Commerce issued draft remand results to the parties and incorporated their comments

in the final results.  At this point, the parties' joint status report indicates that no party wishes to file

comments on the Third Remand and that the parties agree that the appropriate action to conclude this

matter is to sustain Commerce's final results of redetermination.  Judgment to that effect will

therefore be entered.


          /s/  R. Kenton Musgrave
          R. Kenton Musgrave, Senior Judge

Dated:  January 20, 2016
   New York, New York

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| MERIDIAN PRODUCTS, LLC, | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

Before: R. Kenton Musgrave, Senior Judge
Court No. 13-00018

## JUDGMENT

This action having been instituted to challenge a certain final "scope" ruling on the plaintiff's "Refrigerator/Freezer Trim Kits" by the International Trade Administration, U.S. Department of Commerce ("Commerce"), allegedly encompassed in a certain Memorandum to Christian Marsh, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, through Melissa G. Skinner, Director, Office 8, Operations, from Eric B. Greynolds, Program Manager, and John Conniff, Senior Trade Analyst, dated December 18, 2012; and the matter having been remanded, most recently *per* slip opinion 15-67 dated June 23, 2015; and the administrative final results of redetermination dated October 29, 2015 ("*Redetermination*") having been filed herein and appearing in conformity with the prior opinions on the matter and the law; and the court having this day rendered its decision in an opinion on the *Redetermination* based upon the parties' joint status report thereon; Now, therefore, in view of the foregoing, and upon other papers and proceedings had herein, it is

Court No. 13-00018                                                    **Page 2**

          **ORDERED, ADJUDGED and DECREED** that the results of the *Redetermination*

be, and they hereby are, sustained.


                    /s/  R. Kenton Musgrave
                    R. Kenton Musgrave, Senior Judge

Dated:  January   , 2016
        New York, New York